## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McElroy, Phyllis

Printed:  1/29/08

Case Number:  07 B 03653
Judge:  Goldgar, A. Benjamin
Filed:  3/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 18, 2007
Confirmed:  May 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,185.00 |  |
| Secured: |  | 1,959.01 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 225.99 |
| Other Funds: |  | 0.00 |
| Totals: | 4,185.00 | 4,185.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,000.00 | 2,000.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Bank Of New York | Secured | 0.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 6. | Wilshire Credit Corp | Secured | 12,000.00 | 490.20 |
| 7. | American General Finance | Secured | 2,000.00 | 81.70 |
| 8. | Wilshire Credit Corp | Secured | 5,000.00 | 204.25 |
| 9. | Chase Home Finance | Secured | 18,618.04 | 760.57 |
| 10. | Bank Of New York | Secured | 10,337.71 | 422.29 |
| 11. | ECast Settlement Corp | Unsecured | 10.96 | 0.00 |
| 12. | HSBC Taxpayer Financial Services | Unsecured | 419.19 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 4,948.19 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 1,356.51 | 0.00 |
| 15. | American General Finance | Unsecured | 16,224.66 | 0.00 |
| 16. | Bank Of America | Unsecured |  | No Claim Filed |
| 17. | GEMB | Unsecured |  | No Claim Filed |
| 18. | Chase | Unsecured |  | No Claim Filed |
| 19. | Collection | Unsecured |  | No Claim Filed |
| 20. | Citibank | Unsecured |  | No Claim Filed |
| 21. | Anderson Financial Network | Unsecured |  | No Claim Filed |
| 22. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
| 23. | Sams Club | Unsecured |  | No Claim Filed |
| 24. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McElroy, Phyllis

Printed: 1/29/08

Case Number:  07 B 03653

Judge:  Goldgar, A. Benjamin

Filed:  3/2/07

_____          _____

$ 72,915.26          $ 3,959.01

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 225.99 |

_____

$ 225.99

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: